Linda Auerbach Allderdice (SBN 81275)
Andrew T. Caulfield (SBN 238300)
HOLLAND & KNIGHT LLP
633 West Fifth Street, 21st Floor
Los Angeles, California 90071-2040
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Attorneys for Defendant
UTILITY TREE SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES D. EVANS,<br><br>        Plaintiff,<br><br>v.<br><br>UTILITY TREE SERVICE, INC., and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:08-CV-01536 JAM (GGH)<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>Action Commenced<br>(Date of Removal):    July 2, 2008<br>Trial Date:    Not set<br>Discovery Cut-Off:    Not set<br>Law & Motion Cut-Off:    Not set |

    Plaintiff James D. Evans and Defendant Utility Tree Service, Inc., by and through their counsel of record, have stipulated that the above-captioned action be dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), each side to bear its own fees and costs. The Court has reviewed and considered the stipulation,

///
///
///
///

- 1 -

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE      Case No. 2:08-CV-01536-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS ORDERED THAT**

The above-captioned action shall be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), each party to bear its own fees and costs.

Date: October 6, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

# 5607521_v1

Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA  90071
Tel: (213) 896-2400
Fax: (213) 896-2487

PDF created with pdfFactory trial version www.pdffactory.com